The People of the State of New York, Respondent, *v.* Leroy Hill, Appellant.

Argued April 7, 1953; decided April 24, 1953.

*Francis T. White* for appellant.

*Frank S. Hogan, District Attorney* (*Stuart G. Schwartz* and *Richard G. Denzer* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.